UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

INTERSCOPE RECORDS, et al.,   :
                              :
            Plaintiffs,       :
                              :
v.                            :  CASE No. 8:07-CV-1008-T-23TGW
                              :
DOES 1-40,                    :
                              :
            Defendants.       :
_____:

## ORDER

THIS CAUSE came on for consideration upon the Motion by Defendants John Doe #21 and John Doe #37 to Dismiss for Improper Joinder (Doc. 13), and the plaintiffs' response in opposition thereto (Doc. 19). As of the date of this Order, the plaintiffs have provided notice to this court of their voluntary dismissal of each of the John Doe defendants other than Does 21 and 37. Thus, Doe 21 and 37 are the only remaining defendants in this action, and they are represented by the same attorney. Accordingly, the defendants arguments in support of their motion are unpersuasive for essentially the reasons set forth in the plaintiffs' response. It is appropriate to add that the efficient administration of justice warrants handling these two

defendants in one case, rather than two.

It is, therefore, upon consideration

ORDERED:

That the Motion by Defendants John Doe #21 and John Doe #37 to Dismiss for Improper Joinder (Doc. 13) be, and the same is hereby, **DENIED**.

DONE AND ORDERED at Tampa, Florida, this 14th day of November, 2007.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE